UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**
APR 25 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Andrea Dryer )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>)<br>)<br>**Village of Dolton et al** )<br>**Defendants.** ) | CASE NO 1-19 CV 01702<br><br>JURY DEMAND<br><br>Honorable Virginia M Kendall |

### MOTION TO DISMISS WITHOUT PREJUDICE

Now comes plaintiff Andrea Billups, pro se in the above entitled matter to present her Motion to Dismiss without prejudice.

1. Plaintiff requests this court to grant her Motion and enter an order to Dismiss this case without prejudice.

April 25, 2019

Andrea Billups ProSe

Andrea Dryer
4136 Lakeview Drive
Country Club Hills Il 60478
708-953-7999

## **CERTIFICATE OF SERVICE**

I, Andrea Dryer, hereby certify that this document was filed with the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION, on April 25, 2019 and all parties were served a copy of the MOTION & NOTICE OF MOTION TO DISMISS WITHOUT PREJUDICE.

April 25, 2019

Andrea Dryer   Pro Se

Andrea Dryer
4136 Lakeview Drive
Country Club Hills Il 60478
708-953-7999